886

No. 380. AMERICAN SIGN AND INDICATOR CORP. *v.* SCHULENBURG ET AL., DOING BUSINESS AS TIME-O-MATIC COMPANY, ET AL. C. A. 7th Cir. Certiorari denied. *Albert Foster York* for petitioner. *Charles B. Spangenberg* for respondents.

No. 381. CONE MILLS CORP. *v.* TEXTILE WORKERS UNION OF AMERICA. C. A. 4th Cir. Certiorari denied. *Thornton H. Brooks* for petitioner. *Arthur J. Goldberg* and *David E. Feller* for respondent.

No. 385. UNION PACIFIC RAILROAD CO. ET AL. *v.* STRUCTURAL STEEL AND FORGE CO. ET AL. C. A. 10th Cir. Certiorari denied. *Elmer B. Collins, James H. Anderson, Bryan P. Leverich, A. U. Miner* and *Wood R. Worsley* for petitioners. *Calvin L. Rampton* for respondents.

No. 387. AMERICAN TRADING AND PRODUCTION CORP. *v.* RAILROAD COMMISSION OF TEXAS ET AL. Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari denied. *Thurman Arnold, Abe Fortas, Robert E. Herzstein* and *Harry S. Pollard* for petitioner. *Will Wilson,* Attorney General of Texas, and *Houghton Brownlee, Jr.,* Assistant Attorney General, for the Railroad Commission of Texas, *Rayburn L. Foster* and *Harry D. Turner* for Phillips Petroleum Co., and *Raymond A. Lynch* for Baxter et al., respondents.

No. 392. ILLINOIS CENTRAL RAILROAD CO. *v.* CAIN. C. A. 5th Cir. Certiorari denied. *J. L. Byrd, Joseph H. Wright* and *John W. Freels* for petitioner.